500 P.3d 379 (Mem)
In Re: Robert STERNER, Angela Thomas Graves, and Adam Horning, Plaintiffs,
v.PORTERCARE ADVENTIST HEALTH SYSTEM, Porter Adventist Hospital, Advent Health Systems Sunbelt Health Corporation, and Centura Health Corporation, Defendants.
Supreme Court Case No: 2020SA332 Supreme Court of Colorado.
DATE FILED: January 14, 2021
ORDER OF COURT
Upon further consideration of the above captioned matter and now being sufficiently advised in the premises,
We conclude that we issued the October 1, 2020 Rule to Show Cause improvidently; therefore,
IT IS ORDERED that the original proceeding before this Court is DISMISSED. We return jurisdiction in this matter to the District Court, City and County of Denver for further proceedings in the underlying action.